Patricia M. Erickson, Esq.
Nevada Bar 3506
601 South Tenth St., Suite 206
Las Vegas, NV 89101
702.388.1055
Counsel for Plaintiff:
FRED STITES

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| FRED STITES,<br><br>    Plaintiff,<br><br>    v.<br><br>GLEN WHORTON, E.K. McDANIEL, ADAM ENDEL, BILL DONAT, MR. DRAIN, MS. MATLOCK, and DOES 1 THRU 50.<br><br>    Defendants. | Case No. 3:06-cv-00092-LRH(VPC)<br><br>**STIPULATION EXTENDING TIME TO FILE PETITIONER'S OPPOSITION TO MOTION TO DISMISS, SCHEDULING DEFENDANTS' REPLY TO OPPOSITION and ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, FRED STITES, by and through his counsel, Patricia M. Erickson and Defendants WHORTON, McDANIEL, ENDEL, DONAT, DRAIN, and MATLOCK, by and through their counsel, George J. Chanos, Attorney General, by and through Patrick McGinnis, Deputy Attorney General, that:

A.  Plaintiff STITES has no objection to the joinder of Defendants McDANIEL, ENDEL, DRAIN and MATLOCK to the previously filed Motion To Dismiss;

B.  The time for filing Plaintiff's Opposition to the Motion to Dismiss shall be extended and the Opposition shall be filed on or before June 29, 2006; and,

C.  Defendants' Reply to Plaintiff's Opposition to the Motion to Dismiss shall be filed on or before July 31, 2006.

///

///

1. This Stipulation is entered into in good faith.

2. This Stipulation is brought in the interests of justice and not for purposes of delay.

DATED this 23rd day of May, 2006.

GEORGE J. CHANOS
Attorney General

Patricia M. Erickson
Nevada Bar No. 3506
601 South Tenth St., Suite 206
Las Vegas, NV 89101
(702) 388-1055

Patrick McGinnis
Deputy Attorney General
Litigation Division
100 No. Carson St.
Carson City, NV 89701
(775) 684-1256

## ORDER

**IT IS HEREBY ORDERED** that Defendants' Motion For Joinder (docket #16) is granted.

**IT IS FURTHER ORDERED** that Plaintiff STITES shall have to and including June 29, 2006 within which to file his Opposition to the Motion to Dismiss.

**IT IS FURTHER ORDERED** that Defendants' shall have to and including July 31, 2006 within which to file their Reply to Plaintiff STITES' Opposition to the Motion to Dismiss.

DATED: May 30, 2006.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-